No. 691. FRANK T. W. PALMER, PETITIONER, *v.* FORDYCE G. BRADLEY ET AL. April 20, 1908. Petition for a writ of certi-

orari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John J. Lordan* and *Mr. John Barton Payne* for petitioner. *Mr. John J. Herrick* and *Mr. John P. Wilson* for respondents.